UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| MYCHAEL ANTHONY ARMSTRONG-MORROW,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICE COLE (MCF-ST CLOUD), et al,<br><br>Defendants. | Civil No. 20-147 (JRT/KMM)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

Mychael Anthony Armstrong-Morrow, OID #244519, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* plaintiff.

Leah M Tabbert, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1100, Saint Paul, MN 55101, for defendant.

United States Magistrate Judge Katherine Menendez filed a Report and Recommendation on October 26, 2020. (ECF No. 29) No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that

1. Officer Cole's motion to dismiss **(ECF No. 14)** is **GRANTED**;

2. The official-capacity damages claims against Officer Cole are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

3. The individual-capacity claims against Officer Cole are **DISMISSED**, but plaintiff may file a motion to amend the complaint within 30 days of this Order.

Dated: January 11, 2021　　　　　　　　　　　s/John R. Tunheim　
at Minneapolis, Minnesota　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court